People v Granger (2025 NY Slip Op 00878)

People v Granger

2025 NY Slip Op 00878

Decided on February 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2011-08153
 (Ind. No. 2907/08)

[*1]The People of the State of New York, respondent,
v
Elie Granger, appellant.

Elie Granger, Attica, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Amanda Iannuzzi, and Jonathan E. Maseng of counsel), for respondent.
Patricia Pazner, New York, NY (Kathleen Whooley of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 26, 2014 (People v Granger, 122 AD3d 940), affirming a judgment of the Supreme Court, Queens County, rendered August 9, 2011.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DUFFY, J.P., MILLER, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court